# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>BRANDON RICE-EDWARDS,<br><br>Defendant. | Case Number:  16-CR-40030-005-JPG |

## ORDER

Pending before this Court is a Motion to Withdraw.  (Doc. #79).  The Court having been fully advised in the premises finds that the Motion should be granted and new counsel appointed.

IT IS SO ORDERED.

Dated this 12th day of October, 2016.

*s/J. Phil Gilbert*
U.S. DISTRICT JUDGE
